UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                      Plaintiff,

-against-

NEW YORK STATE; PAROLE HEARING JUDGE,

                      Defendants.

21-CV-5776 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated September 22, 2021, the Court directed Plaintiff, within thirty days, to either submit a prisoner authorization or to pay the $402.00 in fees that are required to bring a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. On October 27, 2021, the order was returned to the Court with a notation on the envelope indicating that Plaintiff is no longer in custody. Plaintiff has not complied with the Court's order, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 8, 2021
         New York, New York

/s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
Chief United States District Judge