UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PEARSON,<br><br>                          Plaintiff,<br><br>         -against-<br><br>NEW YORK STATE; PAROLE HEARING JUDGE,<br><br>                          Defendants. | 21-CV-5776 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 8, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a prisoner authorization or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 8, 2021
             New York, New York

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge